IN THE UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 NOV -1  PM 4: 33

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No.  _____

(To be supplied by the court)

Kelly Staggs_____ , Plaintiff

v.

City of Arvada_____ ,

City of Arvada – Archer, Bryan; Finance Director _____ ,

City of Arvada – Nielson, Debra; Controller _____ ,
Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

### A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kelly K Staggs     10237 W 77th Cir Arvada CO 80005
  (Name and complete mailing address)

 720-380-7239    kkjandt@comcast.net
  (Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    City of Arvada – 8101 Ralston Rd. Arvada CO 80002
              (Name and complete mailing address)

              720-898-7000
              (Telephone number and e-mail address if known)

Defendant 2:    See Attachment
              (Name and complete mailing address)

              (Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

 X    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

 X    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

 X    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

 X    Other: *(please specify)* Denied the entitlements of FMLA.

## D.    STATEMENT OF CLAIM(S)

2

B.  DEFENDANT(S) INFORMATION

Defendant 1

City of Arvada
Archer, Bryan
Finance Director
8101 Ralston Rd
Arvada CO 80002
720-898-7000
barcher@arvada.org


Defendant 2

City of Arvada
City Attorney
8101 Ralston Rd
Arvada CO 80002
720-898-7000
rmorris@arvada.org

Defendant 3

City of Arvada
Debra Nielson
8101 Ralston Rd
Arvada CO 80002
720-898-7000
dnielson@arvada.org

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Employment discrimination based on my religion.

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                    _X_ different terms and conditions of employment

__ failure to promote                    _____ failure to accommodate disability

_X_ termination of employment         _X__ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race          X__ religion          _____ national origin          _X_ age

_____ color         _X_ sex               _X__ disability

    Supporting facts:

My name is Kelly Staggs; I was an employee of the City of Arvada (Defendant) for

approximately 11 years (September 2006 to February 2018). I was considered a good employee

and co-worker. My employment records will prove my work ethic was above average and I was

a dedicated employee.

December 7, 2017

Amy Zamora (Payroll Admin) stated she was "upset" that employees were not in the "Christmas

Spirit" and she was going to "put of the Christmas tree, to force everyone to get into the

Christmas Spirit, weather they liked it or not, bunch of Grinch(es)." I told Amy I did not think it

3

was a good idea to put up the Christmas tree. Amy and another employee, Katie, disregarded my statement and began decorating the common work areas with Christmas decorations.

It is important to note, the Finance department had refrained from decorating common work areas of the second floor Annex building out of respect for non-Christian employees and citizens. This came about when a (male) employee of Jewish faith complained that employees were overstepping with Christmas traditions in the workplace. Employees were notified via email to be sensitive and not assume all employees follow the same religious traditions. We stopped putting up the Christmas tree and decorating common work areas. We were allowed to decorate our own work areas.

Religious Beliefs:

I define myself as a devout believer of Inclusivity and Equality, this is my religion, my creed, and who I am. My belief system empowers me to fight for justice, inclusion, and equality. I do this to secure our freedoms, out of my love for God, family and country.

December 8, 2017

I asked Bryan Archer (Finance Director) if he thought it would be a good idea if "we sent out a survey to the Finance employees ensuring that no one would be excluded by decorating common work areas with Christmas décor." I made the request because it is my belief system; who I am; and who I strive to be. My religion is Inclusivity and Equality, which simply means I strive to include and all are equal. Please understand I was making this request because it is what I feel I have to do.

I was not prepared to debate my religious beliefs; nor was I expecting to be told my beliefs were wrong; most importantly I did not expect that my employment was dependent on me changing who I was.  Bryan Archer asked me to explain why I would ask for the email. I explained my reasoning; I explained I had renounced my former religion because a close family

member would not be accepted due their sexual orientation. I explained that Christmas décor to me, is rooted in Christianity in order to celebrate the birth of Christ. I explained my beliefs in Inclusivity. Bryan Archer, told me I was wrong, told me how to feel, think and believe. I have the right to my beliefs; I have the right to employment at the City of Arvada without being told how to believe by the Director of Finance. I was told I was wrong, my request not answered, and was made to feel inferior and small. Employees witnessed our heated debate and thereafter I was then discriminated upon because of my religious beliefs in the form of shunning.

December 11, 2017

I reported discrimination based on my religion, my sex, and age to Bryan Archer (Finance Director), Debra Nielson (Controller) Jeff Montizingo (HR). I reported that Mr. Archer violated my Civil Rights on December 8, 2017 by entering into a religious debate with me and using his power over my employment to influence and change my believes to his. Mr. Archer failed to treat my religious accommodation with respect by neither approving nor denying my request. I reported that I was experiencing discrimination based on my religious beliefs from employees. Additionally, I reported, Mr. Archer's relationship with a former co-worker was inappropriate and greatly affected my career negatively. Furthermore, I reported numerous incidences of age and gender discrimination that I had been a victim of in the last decade. Finally, I advised I would no longer continue to violate IRS regulations. As the City's Accounts Payable Technician, I was a certified in the law of 1099 reporting. When I became aware the City of Arvada was not in compliance of the law, I reported it up the chain of command my Debbie Adler (supervisor) advised me to tell the Ms. Nielson (Controller) who advised me to tell Bryan Archer (Finance Director) who told me he would tell the management team. On December 11, 2017, I reported I bound by ethics and the law and would not be able to continue to do what I knew to be wrong.

5

Jeff Montizingo (HR) told me to apologize to the Finance department for requesting the email and objecting to the Christmas display in common work areas because it offended my co-workers. I was then placed on admin leave. I was then intentionally retaliated against for reporting what I knew to be illegal activity, which should have been protected.

December 17, 2017

I had a stroke during migraines as with the stroke I had when I was 23 this too left me with vision and speech issues.

December 23, 2017: My doctor continued my FMLA for migraines and added FMLA for the new issues I was experiencing with panic syndrome.

January 3, 2018: Interference of FMLA

January 22, 2018: Interference of FMLA, I was contacted by phone from Ms. Nielson and instructed to read my work email. I found that Mr. Archer had email me advising me I was banned from entering any city building or going on any city property. The reason sited was that employees heard me speaking about Civil Rights that day, and because a male co worker almost half my age, 31, and in far superior health then I, was physically afraid of me because he though I gave him a dirty look when I was leaving work to go the ER for chest pains.

I was then terminated on February 9, 2018 via U.S. mail, my benefits ended on February 28, 2018.

Other employees outside my protected classes were not treated as I was. I believe I was discriminated against based on my protected classes. I believe I was retaliated against because of my protected classes and for engaging in protected activity, reporting discrimination.

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

       X    Yes (***You must attach a copy of the administrative charge to this complaint***)

Have you received a notice of right to sue? (*check one*)

       X    Yes (***You must attach a copy of the notice of right to sue to this complaint***)

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

I would like to be reinstated to my former position; or my record cleared so that when I am able to work again I do not have to say I was terminated.

I would like compensation for my lost wages and benefits. I have not had the medical care I should have because of my termination.

I would like to be compensated for my pain and suffering and any damage done to my brain during the stress-induced stroke I had on December 17, 2017.

I pray to whatever Gods may be, that this case can send a clear message to employer's on what not to do when an employee reports discrimination or whistleblowing in the workplace.

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

  November 1, 2019   (Date)                   (Form Revised December 2017)

7

**D.    STATEMENT OF CLAIM(S)    Page 1 of 2**
Staggs v. City of Arvada, et al - Civil Action #_____

CLAIM TWO: Discrimination based on my age/gender.

X failure to promote
X  different terms and conditions of employment
X  termination of employment          X  retaliation
    Defendant's conduct was discriminatory because it was based on the
    following:    X_ Sex      and      X___ Age

Supporting facts: On or about October 25, 2017, I was not promoted based on my

age, 49 and/or sex (female). I can provide approximately 6 other instances of

age/sex discrimination in my tenure at the City. Although, I was highly qualified

for the positions sought, less qualified male and or younger female employees

were promoted. On December 11, 2017, I reported age/sex discrimination, I was

then retaliated against.


CLAIM THREE: Discrimination based on my mental and physical
disabilities (Stroke and Panic Attack).

The conduct complained of in this claim involves the following:
 X  different terms and conditions of employment
 X   failure to accommodate disability
 X  termination of employment   X   retaliation

Defendant's conduct was discriminatory because it was based on the following:
X   failure to accommodate disability

Supporting facts: On or about December 2017, I went to Debra Nielson

requesting a reasonable accommodation for the Panic Attacks, I was told to go to

a conference room when having an attack. In the documentation provided to me

from the City, employees described me as "whaling" in the conference rooms

with the incorrect date noted. I believe my medical issues were used against me in

the form of retaliation.

**D.    STATEMENT OF CLAIM(S)    Page 2 of 2**

Staggs v. City of Arvada, et al - Civil Action #_____

CLAIM FOUR:
FMLA denied entitlements, interference, and FMLA time used in disciplinary actions against me.

Supporting facts:  January 3, 2018 and January 22, 2018: The City of Arvada intentionally interrupted my FMLA leave, made me respond to phone calls and emails of retaliation when I was not medically released to work.

December 2017 – January 2018: I was denied the entitlement of caring for my own serious illness rather then worrying about my employment.

The City has provided documentation that my work output decreased as reason for termination. I was on FMLA covered leave during the periods thus my FMLA protected leave was used against me in disciplinary actions.

The City has provided documentation in disciplinary actions that I missed work on dates that were covered under FMLA.

_____

I sincerely thank the reader of this document for their time and consideration.

Respectfully,

Kelly Staggs

B.  DEFENDANT(S) INFORMATION

Defendant 1

City of Arvada
Archer, Bryan
Finance Director
8101 Ralston Rd
Arvada CO 80002
720-898-7000
barcher@arvada.org


Defendant 2

City of Arvada
City Attorney
8101 Ralston Rd
Arvada CO 80002
720-898-7000
rmorris@arvada.org

Defendant 3

City of Arvada
Debra Nielson
8101 Ralston Rd
Arvada CO 80002
720-898-7000
dnielson@arvada.org

EEOC Form 161 (11-16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: **Kelly Staggs**<br>**10237 W. 77th Circle**<br>**Arvada, CO 80005** | From | **Phoenix District Office**<br>**3300 North Central Ave**<br>**Suite 690**<br>**Phoenix, AZ 85012** |
|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |  |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **32A-2018-00406** | **State & Local L. Program,**<br>**State & Local Coordinator** | **(602) 640-5053** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Sep 19, 2019

**Elizabeth Cadle,**
**District Director**

(Date Mailed)

Enclosures(s)

cc: **City Attorney**
**CITY OF ARVADA**
**8101 Ralston Rd.**
**Arvada, CO 80001**